Kathryn B. CONANT, Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT, Respondent.

No. 04–3010.

United States Court of Appeals, Federal Circuit.

May 13, 2004.

Barbara Kraft, Principal Attorney, Beins, Axelrod, Washington, DC, for Petitioner.

Brent M. McBurney, Principal Attorney, Todd M. Hughes, David M. Cohen, of Counsel, Department of Justice, Earl A. Sanders, of Counsel, Washington, DC, for Respondent.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).